# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-142 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Patrick Oterigho Isiakpere Jr., | |
| Defendant. | |

This matter comes before the Court on Defendant Patrick Oterigho Isiakpere Jr.'s Motion for an Extension of Time to File Pretrial Motions, ECF No. 14, and Motion and Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act, ECF No. 17. Defendant request that the May 17, 2023 motions-filing date be extended by seven days due to needing additional time to obtain and review discovery with counsel. The Government has no objection to the requested extension.

In addition, in e-mail correspondence with the Court regarding revised deadlines as a result of the requested continuance, the Government indicated a conflict with the existing June 14, 2023 hearing date. Defendant had no objection to moving the hearing date. *See also* ECF No. 17 at 3.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for an Extension of Time to File Pretrial Motions, ECF No. 14, is **GRANTED**.

2. Defendant's Motion and Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act, ECF No. 17, is **GRANTED**.

3. The period of time from **the date of this Order through May 24, 2023,** shall be excluded from Speedy Trial Act computations in this case.

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 24, 2023**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

5. **Counsel must electronically file a letter on or before May 24, 2023, if no motions will be filed and there is no need for hearing**.

6. All responses to motions must be filed by **June 7, 2023**. *See* D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses must be filed by **June 7, 2023**. *See* D. Minn. LR. 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses must be filed by **June 12, 2023**. *See* D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **June 20, 2023, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

11. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Eric C. Tostrud to confirm the new trial date.**


Dated: May  23 , 2023
                                             *s/ Tony N. Leung*
                                             TONY N. LEUNG
                                             United States Magistrate Judge
                                             District of Minnesota

                                             *United States v. Isiakpere*
                                             Case No. 23-cr-142 (ECT/TNL)